## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hudson, Mary E

Printed: 11/04/08

| | |
|---|---|
| Case Number:  07 B 18033 |
| Judge:  Wedoff, Eugene R |
| Filed:  10/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 4, 2008
Confirmed:  May 22, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 395.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 351.47 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 24.44 |
| Other Funds: | | 19.09 |
| Totals: | 395.00 | 395.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Charming Shoppes | Unsecured | 37.39 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 482.85 | 29.02 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 699.79 | 42.05 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 4,277.00 | 257.00 |
| 5. | Peoples Energy Corp | Unsecured | 62.79 | 0.00 |
| 6. | First Consumers National Bank | Unsecured | 579.02 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 389.35 | 23.40 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 406.74 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 196.81 | 0.00 |
| 10. | Marks Richards & Good New Partners | Secured | | No Claim Filed |
| 11. | Marks Richards & Good New Partners | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Credit One | Unsecured | | No Claim Filed |
| 14. | Citi Cards | Unsecured | | No Claim Filed |
| 15. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 16. | Seventh Avenue | Unsecured | | No Claim Filed |
| 17. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Macey, Chern & Diab | Unsecured | | No Claim Filed |
| 20. | Target Corporation | Unsecured | | No Claim Filed |
| 21. | Premier Credit | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 7,131.74 | $ 351.47 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hudson, Mary E

Printed: 11/04/08

Case Number:  07 B 18033

Judge:  Wedoff, Eugene R

Filed:  10/2/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 6.5% | 24.44 |
| | $ 24.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

